**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Claude Wendell BELLAMY, Defendant—Appellant.**

**No. 11–6704.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Claude Wendell Bellamy, Appellant Pro Se. John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Wendell Bellamy appeals the district court's order denying his motion for a certificate of appealability. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *United States v. Bellamy,* Nos. 7:99–cr–00049–F–1; 7:03–cv–00024–F (E.D.N.C. May 2, 2011). We deny as moot Bellamy's motion for a

certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*